CAUSE NO. 11945

| | | |
|---|---|---|
| PERRYTON HOSPITALITY, INC., | § § § | IN THE 84th DISTRICT COURT |
| Plaintiff | § § | |
| VS | § § § | IN AND FOR |
| AUER CORPORATION | § § § | |
| Defendant | § § § | OCHILTREE COUNTY, TEXAS |

## AMENDED MOTION TO TRANSFER VENUE

COMES NOW, AUER CORPORATION, Defendant, and files this Amended Motion to Transfer Venue on the ground that under Section 15.020 of the Texas Civil Practice and Remedies Code, venue is mandatory in Montgomery County. Defendant hereby incorporates as additional grounds for this motion the briefs and attached affidavits previously filed herein by Defendant.

WHEREFORE defendant Auer Corporation respectfully requests that this Court transfer this case to the district courts of Montgomery County, Texas.

Respectfully submitted,

*[signature]*

Donna C. Kline
Attorney at Law
State Bar no. 11571600
1776 Woodstead Court, Suite 107
The Woodlands, Texas 77380
Tel: (281) 571-3972
Fax: (713) 481-8746
Email: donnakline@earthlink.net
ATTORNEY FOR AUER CORPORATION

FILED
AT 11:28 O'CLOCK A M
5-21 A.D. 20 09
*[signature]*
CLERK, DISTRICT COURT OCHILTREE COUNTY, TEXAS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Brief in Support was served upon all counsel and parties of record pursuant to the Texas Rules of Civil Procedure on May 22, 2009.

_____
Donna C. Kline